# Order

Michigan Supreme Court
Lansing, Michigan

June 10, 2010

140570 & (79)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MARTIN MCDERMENT, GALE MCDERMENT
MICHAEL BAYOFF, SUSAN BAYOFF, JOE
MILLS, CHRIS MILLS, LEE SHARKAS, MACI
SHARKAS, JOHN SOULET, ANJELA SOULET,
CHRIS MAKEPEACE, DEBBIE MAKEPEACE,
RICHARD PRICE, MICHAELA PRICE, MARK
SHOEMAKER, PAMELA SHOEMAKER,
DAVID LIVERMORE, THERESE LIVERMORE,
JOHN WALKER, VALERIE WALKER,
HOWARD FISHER, NANCE FISHER, TRACY
PARKS, PAMELA PARKS, PAUL MILEWSKI,
and GERALYN MILEWSKI,
        Plaintiffs-Appellees/
        Cross-Appellants,

v

BILTMORE PROPERTIES, INC.,
        Defendant-Appellant/
        Cross-Appellee,
and

BIRKDALE POINTE SUBDIVISION
HOMEOWNERS ASSOCIATION, TRACI
PHILLIPS d/b/a PRINCIPAL PROPERTY
MANAGEMENT, TOLL BROTHERS, INC.,
THE SILVERMAN BUILDING COMPANIES,
INC., HQZ ACQUISITIONS, INC., and
TOWNSHIP OF COMMERCE,
        Defendants.
_____/

SC: 140570
COA: 285570
Oakland CC: 2002-044667-CZ

On order of the Court, the application for leave to appeal the November 17, 2009 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2010

_____
Clerk

d0603